**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wegen Tadesse** | Social Security number or ITIN | **xxx–xx–6771** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **13** | **September 7, 2016** |
| Case number: | **16–13082–RGM** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case         12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Wegen Tadesse | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1330 South Glebe Rd<br>Arlington, VA 22204 | |
| 4. | **Debtor's attorney**<br>Name and address | Tommy Andrews Jr.<br>Tommy Andrews, Jr. P.C.<br>122 North Alfred St.<br>Alexandria, VA 22314 | Contact phone (703) 838–9004<br>Email: tandrews@andrewslaw.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas P. Gorman<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314 | Contact phone  (703) 836–2226<br><br>Email: ch13alex@gmail.com |

| 6. Bankruptcy clerk's office | | For the Court: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: September 8, 2016 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 703–258–1200 | |

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 25, 2016** at **12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>115 South Union Street, Suite 206, Alexandria, VA 22314 |
|---|---|---|

| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: December 27, 2016** |
|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: January 23, 2017** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: March 6, 2017** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held: **November 17, 2016** at **09:30 AM**, Location: **Judge Mayer's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314** |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| 14. Local Rule Dismissal Warning | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 15. Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 16-13082-RGM
Wegen Tadesse                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9         User: douglasse            Page 1 of 1              Date Rcvd: Sep 08, 2016
                             Form ID: 309I              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
```
db         +Wegen Tadesse,    1330 South Glebe Rd,    Arlington, VA 22204-4341
tr         +Thomas P. Gorman,    300 N. Washington St. Ste. 400,    Alexandria, VA 22314-2550
13562531   +Early Warning Services,    16552 N 90th St.,    Scottsdale, AZ 85260-1619
13562525    Equifax Check Services,    PO Box 30272,    Tampa, FL 33630-3272
13562528   +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
13562537   +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
13562538   +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
13562527   +TransUnion,    P.O. Box 2000,    Chester, PA 19022-2000
13562542   +Visa DSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: tandrews@andrewslaw.net Sep 09 2016 02:16:21     Tommy Andrews, Jr.,
                Tommy Andrews, Jr. P.C.,    122 North Alfred St.,    Alexandria, VA  22314
13562532       EDI: ACCE.COM Sep 09 2016 02:13:00      Asset Acceptance Corp,    PO Box 2036,
                Warren, MI 48090-2036
13562533       EDI: BANKAMER.COM Sep 09 2016 02:13:00      Bank of Amerca,    PO Box 1516,
                Newark, NJ 07101-0000
13562534      +EDI: OPHSUBSID.COM Sep 09 2016 02:13:00      Candica, LLC,    C/O Weinstein & Riley, PC,
                2001 Western Ave. Suite 400,    Seattle, WA 98121-3132
13562524      +Fax: 602-659-2196 Sep 09 2016 02:35:13      ChexSystems,    Attn: Consumer Relations,
                7805 Hudson Rd., Suite 100,    Saint Paul, MN 55125-1703
13562529       EDI: IRS.COM Sep 09 2016 02:13:00      Internal Revenue Service - VA,    Centralized Insolvency,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13562535      +EDI: MID8.COM Sep 09 2016 02:13:00      Midland Credit Management,
                Midland Credit/Attention: Bankruptcy Dep,    Po Box 60578,    Los Angeles, CA 90060-0578
13562536      +EDI: DRIV.COM Sep 09 2016 02:13:00      Santander Consumer USA,    Po Box 961245,
                Fort Worth, TX 76161-0244
13562539      +EDI: CITICORP.COM Sep 09 2016 02:13:00      THD/CBSD,    POB 6497,    Sioux Falls, SD 57117-6497
13562526      +E-mail/Text: crwkflw@firstdata.com Sep 09 2016 02:17:26     Telecheck Services, Inc.,
                5251 Westheimer,    Houston, TX 77056-5499
13562540      +EDI: VERIZONEAST.COM Sep 09 2016 02:13:00      Verizon,    500 Technology Dr,    Suite 500,
                Weldon Spring, MO 63304-2225
13562541       EDI: VERIZONCOMB.COM Sep 09 2016 02:13:00      Verizon Virginia,    PO Box 165018,
                Columbus, OH 43216-0000
13562530       E-mail/Text: bkr@taxva.com Sep 09 2016 02:17:31     Virginia Department of Taxatio,
                PO Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
              Tommy Andrews, Jr.   on behalf of Debtor Wegen  Tadesse tandrews@andrewslaw.net,
               khill@andrewslaw.net;marcelo@andrewslaw.net;roxana@andrewslaw.net;tetiana@andrewslaw.net;lprease@andrewslaw.net
                                                                                              TOTAL: 2