**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

WEGEN TADESSE                            Chapter 13

            Debtor                         Case No. 16-13082-KHK

**OBJECTION TO CLAIM
NOTICE OF OBJECTION TO CLAIM
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

To:     Seterus, Inc.                              Wegen Tadesse
         PO Box 1047                             1330 South Glebe Rd.
         Hartford, CT 06143                     Arlington, VA 22204

         Sykes, Bourdon, Ahern & Levy, PC     Tommy Andrews, Jr., Esq.
         Attorney for Seterus, Inc.              Attorney for Debtor
         Attn: Jon Michael Ahern              122 N. Alfred St.
         281 Independence Blvd. 5th Floor   Alexandria, VA 22314
         Virginia Beach, VA 23462

You have filed a claim in the amount of $548,351.04 (arrearage of $10,031.14) with a Court claim number of 5 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as it is a late filed claim and the arrearage claim ($10,031.14) exceeds the amount provided for in the Confirmed Plan ($8,662.77).

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

Objection to Claim, page 2
16-13082-KHK, Wegen Tadesse

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on May 11, 2017 at 9:30 a.m., in Courtroom II on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Suite 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date: March 27, 2017                    ___/s/ Thomas P. Gorman___
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 North Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 27th day of March, 2017, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

/s/ Thomas P. Gorman_____
Thomas P. Gorman